IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　Plaintiff,<br><br>　　v.<br><br>SUWONNEE PONGNORSING AND WESTSIDE PLAZA PHARMACY, aka WEST MODESTO PHARMACY,<br><br>　　Defendants and Judgment Debtors. | Misc. Case No.:<br>2:17-MC-00060-MCE-CKD<br><br>Civil Case No.:<br>2:13-CV-02230-GEB-CKD<br><br>**RELATED CASE ORDER** |
| SILVERSCRIPT INSURANCE COMPANY, (and its Successors and Assignees),<br><br>　　Garnishee. | |
| UNITED STATES OF AMERICA,<br><br>　　Plaintiff,<br><br>　　v.<br><br>SUWONNEE PONGNORSING AND WESTSIDE PLAZA PHARMACY, aka WEST MODESTO PHARMACY,<br><br>　　Defendants and Judgment Debtors. | Misc. Case No.:<br>2:17-MC-00061-KJM-KJN<br><br>Civil Case No.:<br>2:13-CV-02230-GEB-CKD |
| HUMANA INSURANCE COMPANY, (and its Successors and Assignees),<br><br>　　Garnishee. | |

RELATED CASE ORDER

1

| | | |
|---|---|---|
| 1 | UNITED STATES OF AMERICA, | Misc. Case No.: |
| 2 | Plaintiff, | 2:17-MC-00062-KJM-CKD |
| 3 | v. | |
| 4 | SUWONNEE PONGNORSING AND WESTSIDE PLAZA PHARMACY, aka WEST MODESTO PHARMACY, | Civil Case No.: 2:13-CV-02230-GEB-CKD |
| 6 | Defendants and Judgment Debtors. | |
| 7 | AETNA LIFE INSURANCE COMPNAY, (and its Successors and Assignees), | |
| 9 | Garnishee. | |
| 10 | UNITED STATES OF AMERICA, | Misc. Case No.: 2:17-MC-00063-TLN-DB |
| 11 | Plaintiff, | |
| 12 | v. | |
| 13 | SUWONNEE PONGNORSING AND WESTSIDE PLAZA PHARMACY, aka WEST MODESTO PHARMACY, | Civil Case No.: 2:13-CV-02230-GEB-CKD |
| 15 | Defendants and Judgment Debtors. | |
| 16 | UNITED HEALTHCARE INSURANCE COMPANY AND UNITED HEALTHCARE OF NEW YORK, INC., (and its Successors and Assignees), | |
| 19 | Garnishee. | |
| 20 | UNITED STATES OF AMERICA, | Misc. Case No.: 2:17-MC-00064-MCE-EFB |
| 21 | Plaintiff, | |
| 22 | v. | |
| 23 | SUWONNEE PONGNORSING AND WESTSIDE PLAZA PHARMACY, aka WEST MODESTO PHARMACY, | Civil Case No.: 2:13-CV-02230-GEB-CKD |
| 25 | Defendants and Judgment Debtors. | |
| 26 | FIRST HEALTH LIFE & HEALTH INSURANCE COMPANY, (and its Successors and Assignees), | |
| 28 | Garnishee | |

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | | Misc. Case No.: |
| Plaintiff, | | 2:17-MC-00065-MCE-AC |
| v. | | |
| SUWONNEE PONGNORSING AND WESTSIDE PLAZA PHARMACY, aka WEST MODESTO PHARMACY, | | Civil Case No.: 2:13-CV-02230-GEB-CKD |
| Defendants and Judgment Debtors. | | |
| ARCADIAN HEALTH PLAN, (and its Successors and Assignees), | | |
| Garnishee. | | |
| UNITED STATES OF AMERICA, | | Misc. Case No.: 2:17-MC-00067-KJM-AC |
| Plaintiff, | | |
| v. | | |
| SUWONNEE PONGNORSING AND WESTSIDE PLAZA PHARMACY, aka WEST MODESTO PHARMACY, | | Civil Case No.: 2:13-CV-02230-GEB-CKD |
| Defendants and Judgment Debtors. | | |
| UHC OF CALIFORNIA, (and its Successors and Assignees), | | |
| Garnishee. | | |
| UNITED STATES OF AMERICA, | | Misc. Case No.: 2:17-MC-00068-KJM-CKD |
| Plaintiff, | | |
| v. | | Civil Case No.: 2:13-CV-02230-GEB-CKD |
| SUWONNEE PONGNORSING AND WESTSIDE PLAZA PHARMACY, aka WEST MODESTO PHARMACY, | | |
| Defendants and Judgment Debtors. | | |
| WELLCARE PRESCRIPTION INSURANCE, INC., (and its Successors and Assignees), | | |
| Garnishee. | | |

RELATED CASE ORDER

3

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>SUWONNEE PONGNORSING AND WESTSIDE PLAZA PHARMACY, aka WEST MODESTO PHARMACY,<br><br>Defendants and Judgment Debtors.<br><br>CIGNA HEALTH AND LIFE INSURANCE COMPANY,<br>(and its Successors and Assignees).<br><br>Garnishee. | Misc. Case No.:<br>2:17-MC-00069-TLN-DB<br><br>Civil Case No.:<br>2:13-CV-02230-GEB-CKD |

Examination of the above-entitled actions reveals that they are related within the meaning of Local Rule 123 (E.D. Cal. 2005). Accordingly, the assignment of the actions to the same judge and magistrate judge is likely to achieve a substantial savings of judicial effort and is also likely to be convenient for the parties.

The parties should be aware that relating the cases under Local Rule 123 merely has the result that these actions are assigned to the same judge and magistrate judge; no consolidation of the actions is effected. Under the regular practice of this court, related cases are generally assigned to the judge and magistrate judge to whom the first filed action was assigned.

IT IS THEREFORE ORDERED that the actions denominated 2:17-MC-00060-MCE-CKD, 2:17-MC-00061-KJM-KJN, 2:17-MC-00062-KJM-CKD, 2:17-MC-00063-TLN-DB, 2:17-MC-00064-MCE-EFB, 2:17-MC-00065-MCE-AC, 2:17-MC-00067-KJM-AC, 2:17-MC-00068-KJM-CKD, and 2:17-MC-00069-TLN-DB, be reassigned to Judge Morrison C. England, Jr. and Magistrate Judge Carolyn K. Delaney for all further proceedings, and any dates currently set in this reassigned case only are hereby VACATED. Henceforth, the caption on documents filed in the reassigned cases shall be shown as 2:17-MC-00060-MCE-CKD, 2:17-MC-00061-MCE-CKD, 2:17-MC-00062-MCE-CKD, 2:17-MC-00063-MCE-CKD, 2:17-MC-00064-MCE-CKD, 2:17-MC-00065-MCE-CKD, 2:17-MC-00067-MCE-CKD, 2:17-MC-00068-MCE-CKD, and 2:17-00069MCE-CKD.

///

IT IS FURTHER ORDERED that the Clerk of the Court make appropriate adjustment in the assignment of civil cases to compensate for this reassignment.

IT IS SO ORDERED.

Dated: April 24, 2017

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

RELATED CASE ORDER