IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>SUWONNEE PONGNORSING; AND WESTSIDE PLAZA PHARMACY aka WEST MODESTO PHARMACY,<br><br>    Defendant and Judgment Debtors,<br><br>SILVERSCRIPT INSURANCE COMPANY (and its Successors and Assignees),<br><br>    Garnishee. | Case No.: 2:17-mc-00060-MCE-CKD<br><br>**ORDER GRANTING APPLICATION FOR A FINAL ORDER OF CONTINUING GARNISHMENT (MEDICARE, TRICARE OR MEDICAID REIMBURSEMENT BENEFITS)** |

    Pending before the Court is the United States' unopposed application for a final order of continuing garnishment (the Application) garnishing the reimbursement payments defendants Suwonnee Pongnorsing and Westside Plaza Pharmacy aka West Modesto Pharmacy receive from garnishee, Silverscript Insurance Company (Silverscript), for prescription drug claims.  The Application seeks the total amount of $192,862.60, representing the $175,329.64 judgment balance plus a $17,532.96 litigation surcharge.  Interest continues to accrue on the judgment.  The Court, finding good cause therefrom, hereby GRANTS the Application.

///

///

ACCORDINGLY, the Court hereby ORDERS, ADJUDGES and DECREES as follows:

1. Defendants Suwonnee Pongnorsing and Westside Plaza Pharmacy aka West Modesto Pharmacy's (the Defendants) Medicare, Tricare and Medicaid drug reimbursements are GARNISHED.

2. The United States is ENTITLED to recover the ten percent (10%) litigation surcharge authorized under 28 U.S.C. § 3011(a) in addition to the unpaid $175,329.64 judgment balance.

3. Garnishee Silverscript shall LIQUIDATE, PAY and DELIVER, within twenty (20) days of the date this Order is filed, a cashier's check or money order to the U.S. Department of Justice in the amount of the prescription drug reimbursements and any other property it is holding from April 18, 2017, the date Silverscript acknowledged receipt of the United States' writ of garnishment, through the filing date of this order.

4. Thereafter, the Garnishee shall DELIVER to the U.S. Department of Justice monthly payments of any prescription drug, or other reimbursements to which Defendants are entitled until the later of: the judgment debt, accrued interest thereon and litigation surcharge being paid in full; the date Garnishee no longer pays Defendants any prescription drug, or other reimbursements; or further order of this Court. The Garnishee shall NOTIFY Michelle Lecroy of the United States Attorney's Office, Eastern District of California, Financial Litigation Unit, 501 I Street, Suite 10-100, Sacramento, CA 95831 (telephone 916-554-2933) if Garnishee determines the Defendants' monthly reimbursement payments, or their eligibility for reimbursement payments, ceases.

5. The Garnishee shall MAKE the payments ordered above payable to the "U.S. Department of Justice" and deliver the payments to the U.S. Department of Justice, Nationwide Central Intake Facility, Post Office Box 790363, St. Louis, MO, 63179-0363. The Garnishee shall also state the following number on the payment instrument: CDCS No. 2014A05612; and, if it desires a payment receipt, shall include a self-addressed, stamped envelope with the payment.

IT IS SO ORDERED.

Dated: August 28, 2017

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE