IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　Plaintiff,<br><br>　　　v.<br><br>SUWONNEE PONGNORSING; AND WESTSIDE PLAZA PHARMACY AKA WEST MODESTO PHARMACY,<br><br>　　　Defendants and Judgment Debtors.<br><br>SILVERSCRIPT INSURANCE COMPANY (and its Successors and Assignees),<br><br>　　　Garnishee. | Case No. 2:17-mc-00060-MCE-CKD<br><br>**ORDER TERMINATING WRIT OF CONTINUING GARNISHMENT** |

The Court, having reviewed the court files and the United States' Application for Order Terminating the Writ of Garnishment (the Application), and finding good cause therefrom, hereby GRANTS the Application. The Writ of Garnishment issued under this miscellaneous case number against Suwonnee Pongnorsing and Westside Plaza Pharmacy AKA West Modesto Pharmacy is hereby TERMINATED pursuant to 28 U.S.C. § 3205(c)(10)(B) and this case is closed.

　　　IT IS SO ORDERED.

Dated:  June 25, 2019

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

ORDER TERMINATING WRIT OF CONTINUING GARNISHMENT

1